NOTE: This order is nonprecedential.

No. 2008-1352

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

TRIANTAFYLLOS TAFAS,

Plaintiff-Appellee,

and

SMITHKLINE BEECHAM CORPORATION
(doing business as GlaxoSmithKline),
SMITHKLINE BEECHAM PLC, and GLAXO GROUP LIMITED
(doing business as GlaxoSmithKline),

Plaintiffs-Appellees,

v.

JOHN J. DOLL, Acting Under Secretary of Commerce for Intellectual Property
and Acting Director of the United States Patent & Trademark Office, and
UNITED STATES PATENT AND TRADEMARK OFFICE,

Defendants-Appellants.

Appeal from the United States District Court For the Eastern District of Virginia
in Consolidated Case Nos. 1:07-CV-846 and 1:07-CV-1008,
Senior Judge James C. Cacheris

**ORDER GRANTING JOINT CONSENT MOTION FOR A STAY
OF EN BANC PROCEEDINGS**

Upon consideration of the Joint Consent Motion for a Stay of En Banc

Proceedings, which is unopposed, and for good cause shown;

IT IS SO ORDERED THAT:

The Joint Consent Motion for a Stay of En Banc Proceedings is GRANTED,

and the en banc proceedings shall be stayed until 60 days after the current nominee

for Under Secretary of Commerce for Intellectual Property and Director of the

United States Patent & Trademark Office is confirmed by the United States

Senate.

FOR THE COURT

Dated: July 28, 2009

Jan Horbaly
Clerk

cc: Steven J. Moore, Esq.
    F. Christopher Mizzo, Esq.
    Joshua Waldman, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 8 2009

JAN HORBALY
CLERK

- 2 -